# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-1960

Troy Coulston v. Superintendent Houtzdale SCI

3-12-cv-00154

## O R D E R

Upon further review, it appears that it would not be appropriate to submit this appeal to a panel of the Court to consider whether the appeal should be dismissed under 28 U.S.C. Section 1915(e) or whether summary action is warranted under IOP 10.6.

No briefing schedule will be issued while Appellant's motion for appointment of counsel is pending.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


Dated: November 4, 2015

nf/cc:   Troy Coulston

      Raymond W. Dorian, Esq.